IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
DEFICIENCY MEMORANDUM

TO:        MICHAEL URICCHIO

FROM:    CLARISSA MCKENZIE

RE:        USA V CHRISTOPHER BEST, 2:06-732

DATE:    August 7, 2006

Pursuant to Rule 5, Federal Rules of Civil Procedures, the DISCOVERY MOTION has been filed. However, it is deficient in the area(s) checked below:

**I.    When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

- ■ Pleading not signed with s/Name on signature line or digital signature
- ☐ Incorrect case number listed on document filed
- ☐ Document filed in wrong case
- ☐ Document not legible
- ☐ Document signed by attorney but e-filed under another attorney's login
- ☐ Documents filed together, please separate and refile
- ☐ Wrong Event used
- ☐ Wrong Document Attached

**II.** **The document listed below should be filed using the event:  "Additional Attachments"**

☐ Memorandum not filed with motion pursuant to Local Civil Rule 7.04

**III.** **The document listed below should not be filed electronically.  It should be attached to an e-mail and sent to the appropriate filingdocs box listed below.  Upon receipt of it, the Clerk will file the entry:**

☐ Summons or Waiver documents not attached to Complaint

☐ JS 44 Civil Cover Sheet

Filingdocs_ecf_cola@scd.uscourts.gov
Filingdocs_ecf_chas@scd.uscourts.gov
Filingdocs_ecf_flor@scd.uscourts.gov
Filingdocs_ecf_gren@scd.uscourts.gov

**IV.** **These documents should be filed using the specific event listed**:

☐ No certificate of service, use   **"Certificate of Service"**

☐ No  Interrogatories pursuant to Local Civil Rule 26.01.  These Interrogatories must be filed immediately, use **"Local Rule 26.01 Answers to Interrogatories"**

☐ No consultation certificate pursuant to Local Civil Rule 7.02, use **"Certificate of Consultation on Motion"**

**V.** **Documents filed by US Probation and US Marshal:**

☐ Deficiency:

**Please correct the deficiency(ies) as noted above within one business day**.