# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER BEST,** | ) | |
| | ) | **CR #:  2:06-732-PMD-1** |
| Petitioner, | ) | **Civil Action No. 2:15-03469-PMD** |
| -v- | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**Decision on the Record.**  This action came before the court, Honorable Patrick  Michael Duffy, Senior United States District Judge presiding.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that the petitioner's motion for relief under 28 U.S.C. § 2255  is **GRANTED**.

ROBIN L. BLUME, Clerk

_____
Deputy Clerk of Court

January 21, 2016