UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:06-CR-732 |
| | ) | |
| | ) | JOINT STATUS REPORT |
| vs. | ) | |
| | ) | |
| CHRISTOPHER BEST | ) | |

The Parties, through their counsel, and at the request of the Court, provide the following information regarding the status of the case. Counsel for the parties are still negotiating a proposed resolution for the Court's consideration.

AUSA Sean Kittrell has reviewed and agrees with this report.

                                    Respectfully submitted,

                                    */s/ Cody J. Groeber*
                                    Cody J. Groeber, Esquire
                                    Assistant Federal Public Defender
                                    145 King Street, Suite 325
                                    Post Office Box 876
                                    Charleston, SC 29402
                                    Attorney ID# 12186

August 28, 2019